**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| OLGA V. CHERNOVA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| | | JFM 02 CV 3240 |
| ELECTRONIC SYSTEMS SERVICES, INC., | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \*         \* \* \* \* \* \*

**<u>NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Come now the parties, by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., and hereby stipulate that Plaintiff's lawsuit shall be dismissed with prejudice.

Respectfully submitted,

/s/                                                                                  /s/

David C. Weaver, Bar No. 13492            Ronald W. Taylor, Bar No. 03890
Ruble & Weaver, P.A.                              Christine P. D'Elicio, Bar No. 25505
One West Church Street                          Venable, Baetjer and Howard, LLP
Frederick, Maryland 21701                     1800 Mercantile Bank & Trust Bldg.
(301) 698-5000                                          Two Hopkins Plaza
                                                                    Baltimore, Maryland 21201
                                                                    (410) 244-7400

Counsel for Plaintiff                                 Counsel for Defendant